# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2015

## NO. 03-15-00519-CV

**Kimothy Ray Flowers, Appellant**

**v.**

**Travis County Civil Court Division; Associated Judge Susan Sheppard (In Her official capacity as a Visiting Judge in the 126th District Court); District Judge John K. Dietz (In his official Capacity as a District Judge in the 126th District Court); Associated Judge James L. Arth (In his Capacity As a hearing Judge of the 126th District Court); Associated Judge I. Andrew Hathcock (In His Capacity as a hearing Judge of the 126th District Court); Warren Vavra (Court Administrator) in his Capacity Overseeing the 126th District Court Civil Division; and Nancy Pownley, employee (who under the Color of law, Identity Theft, to portray Herself as the Court Administrator and Attorney of the Civil Court Division), Appellees**

## APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on July 18, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.